BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOUNIB MIKHAI DAKHIL; NEZAM KASIS,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 50,<br><br>　　　　　　　　Defendants. | Case No. 1:12−CV−01635−AWI−GSA<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER THEREON |

　　　　Plaintiffs Mounib Mikhai Dakhil and Nezam Kasis, ("Plaintiffs") and Defendant United States of America ("United States"), stipulate, by and through the undersigned counsel, to continue the date of the scheduling conference currently set for December 4, 2012 at 10:00 a.m. in Courtroom 10 of the above-entitled court to December 10, 2012 at 9:30 a.m. in Courtroom 10.

　　　　The parties base this stipulation on good cause, which includes the need for counsel for the United States to participate in a case set for oral argument at the Ninth Circuit Court of Appeal on December 4, 2012. The parties agree that this short extension of time will not cause any prejudice to the parties as this action was recently commenced.

　　　　Accordingly, the parties stipulate and agree to continue the time for the scheduling conference as specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

///

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER　　　　1

|  | Old Date | New Date |
|---|---|---|
| Scheduling Conference | December 4, 2012<br>@10:00 a.m. Dept. 10 | December 10, 2012<br>@9:30 a.m. Dept. 10 |

Respectfully submitted,

Dated:  October 29, 2012           BENJAMIN B. WAGNER
                                   UNITED STATES ATTORNEY


                                   /s/Alyson A. Berg
                                   ALYSON A. BERG
                                   Assistant United States Attorney
                                   Attorney for Defendant United States of America

Dated:  October 29, 2012           LAW OFFICES OF JOSHUA KAPLAN


                                   /s/Joshua Kaplan
                                   JOSHUA KAPLAN
                                   Attorney for Plaintiffs

Dated:  October 29, 2012           LAW OFFICES OF ALAN G. NOVODOR


                                   /s/Alan G. Novodor
                                   ALAN G. NOVODOR
                                   Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

   Dated:   **October 30, 2012**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28