BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNIB MIKHAI DAKHIL; NEZAM KASIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 50,<br><br>Defendants. | Case No. 1:12−CV−01635−AWI−GSA<br><br>STIPULATION FOR DISMISSAL; ORDER |

    Pursuant to the terms of a written Settlement and Release Agreement well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice, with each party to bear its own fees and costs.

    IT IS SO STIPULATED.

                                  Respectfully submitted,

Dated: July 15, 2013            BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY


                                      /s/Alyson A. Berg
                                      ALYSON A. BERG
                                      Assistant United States Attorney
                                      Attorney for Defendant United States of America

///

///

Dated: July 15, 2013                              LAW OFFICES OF JOSHUA KAPLAN


/s/Joshua Kaplan
JOSHUA KAPLAN
Attorney for Plaintiffs


## ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   July 15, 2013                              _____
                                                                        SENIOR  DISTRICT  JUDGE